UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>LINDA SUN,<br>    a/k/a "Wen Sun,"<br>    a/k/a "Ling Da Sun," and<br>    a/k/a "Linda Hu," and<br><br>CHRIS HU,<br><br>                  *Defendants*. | **NOTICE OF APPEARANCE**<br><br>24 Cr. 346 (BMC) (TAM) |

To:    Clerk of Court
        United States District Court, Eastern District of New York

    The undersigned attorney respectfully requests that the Clerk note his appearance in this case on behalf of defendant LINDA SUN, a/k/a "Wen Sun," a/k/a "Ling Da Sun," and a/k/a "Linda Hu," and add him as a Filing User to whom Notices of Electronic Filing will be transmitted.

Dated:  September 3, 2024
          New York, New York

                                              Respectfully submitted,

                                      By:    */s/ Jarrod L. Schaeffer*

                                                    Jarrod L. Schaeffer

                                                    ABELL ESKEW LANDAU LLP
                                                    256 Fifth Avenue, 5th Floor
                                                    New York, NY 10001
                                                    (646) 970-7339
                                                    jschaeffer@aellaw.com