

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 20, 2024

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

Seth DuCharme
Nicole Boeckmann
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY, 10019-6118

By Email and ECF

    Re: United States v. Sun, et. al.
       Criminal Docket No. 24-CR-346 (BMC)

Dear Counsel:

  Enclosed please find materials produced in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which are contained on hard drives produced separately to counsel for the respective defendant.

I. The Government's Discovery

  Please find the following enclosed for counsel for Linda Sun:

| Bates No. | Description of Item |
|---|---|
| SUN_000001 | Hard drive containing an Extraction of Linda Sun's iPhone 14 Pro and its associated Cellebrite Report |

Please find the following enclosed for counsel for Chris Hu:

| Bates No. | Description of Item |
|---|---|
| HU_000001 | Hard drive containing an Extraction of Chris Hu's iPhone 14 Pro Max and its associated Cellebrite Report |

You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling us to arrange a mutually convenient time.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/ Alexander A. Solomon
     Alexander A. Solomon
     Robert M. Pollack
     Assistant U.S. Attorneys
     (718) 254-7000

Enclosures

cc:   Clerk of the Court (BMC) (by ECF) (without enclosures)