

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP
F. #2021R00600

271 Cadman Plaza East
Brooklyn, New York 11201

September 25, 2024

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

Seth DuCharme
Nicole Boeckmann
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY, 10019-6118

By Email and ECF

Re: United States v. Sun, et. al.
Criminal Docket No. 24-CR-346 (BMC)

Dear Counsel:

This letter will be accompanied by a link, sent by separate e-mail, to the secure download of certain discovery materials produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendants.

The following records were obtained by the government during the course of the investigation:

| Bates No. | Description of Item |
|---|---|
| EDNY_008999– EDNY_009091 | Various Financial Records |
| EDNY_008593– EDNY_008998 | Records from the New York State Office of the Inspector General |

| Bates No. | Description of Item |
|---|---|
| EDNY_008999– EDNY_009091 | Records from Flagstar Bank, formerly known as Signature Bank |

        Very truly yours,

        BREON PEACE
        United States Attorney

By:   /s/ Alexander A. Solomon
        Alexander A. Solomon
        Robert M. Pollack
        Assistant U.S. Attorneys
        (718) 254-7000

cc:    Clerk of the Court (BMC) (by ECF) (without download link)