

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 04, 2024

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

Seth DuCharme
Nicole Boeckmann
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY, 10019-6118

By Email and ECF

      Re: United States v. Sun, et. al.
           Criminal Docket No. 24-CR-346 (BMC)

Dear Counsel:

      This letter will be accompanied by a link, sent by separate e-mail, to the secure download of certain discovery materials produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendants.

      The following documents were obtained by the government during the course of the investigation:

| Bates No. | Description of Item |
| --- | --- |
| EDNY_011599- EDNY_011611 | Photographs from the Search of the Bank of America Safe Deposit Box |

| Bates No. | Description of Item |
|---|---|
| EDNY_011612- EDNY_011616 | Photographs from the Search of the Citibank Safe Deposit Box |
| EDNY_011617-EDNY_011617 | Evidence Collected Item Log from the Search of the TD Bank Safe Deposit Box |
| EDNY_011618-EDNY_011618 | Evidence Collected Item Log from the Search of the Entity Identified in the Indictment as the Liquor Store |
| EDNY_011619-EDNY_011621 | Evidence Collected Item Log from the Search of the Residence of the Person Identified in the Indictment as the Relative |
| EDNY_011622- EDNY_011922 | Photographs from the Search of the Residence of the Person Identified in the Indictment as the Relative |

You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling us to arrange a mutually convenient time.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/ Alexander A. Solomon
Alexander A. Solomon
Robert M. Pollack
Assistant U.S. Attorneys
(718) 254-7000

cc:     Clerk of the Court (BMC) (by ECF) (without download link)