

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

AAS/RMP
F. #2021R00600

November 22, 2024

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

Seth DuCharme
Nicole Boeckmann
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY, 10019-6118

<u>By Email and ECF</u>

Re: United States v. Sun, et. al.
<u>Criminal Docket No. 24-CR-346 (BMC)</u>

Dear Counsel:

This letter will be accompanied by a link, sent by separate e-mail, to the secure download of certain discovery materials produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendants.

The following documents were obtained by the government during the course of the investigation:

| Bates No. | Description of Item |
|---|---|
| EDNY-017380-EDNY-022256 | Records from American Express |
| EDNY-022257-EDNY-024806 | Records from Bank of America |

| Bates No. | Description of Item |
|---|---|
| EDNY-024807-EDNY-025379 | Records from Barclays Bank |
| EDNY-025301-EDNY-025579 | Records from Capital One Bank |
| EDNY-025552-EDNY-025686 | Records from Cathay Bank |
| EDNY-025682-EDNY-025696 | Records from CHIPS |
| EDNY-025697-EDNY-032696 | Records from Citibank |
| EDNY-032696-EDNY-032779 | Records from Coinbase |
| EDNY-032767-EDNY-032776 | Records from Deutsche Bank |
| EDNY-032771-EDNY-032896 | Records from Equifax |
| EDNY-032895-EDNY-032979 | Records from Experian |
| EDNY-032928-EDNY-032936 | Records from Federal Reserve |
| EDNY-032930-EDNY-033036 | Records from HSBC Bank |
| EDNY-033037-EDNY-033179 | Records from JP Morgan Chase Bank |
| EDNY-033126-EDNY-035186 | Records from Merrill Lynch |
| EDNY-035182-EDNY-035226 | Records from PayPal |
| EDNY-035228-EDNY-035479 | Records from Robinhood |
| EDNY-035492-EDNY-035479 | Records from Standard Chartered Bank |
| EDNY-035493-EDNY-037826 | Records from TD Bank |
| EDNY-037826-EDNY-037856 | Records from Transunion |
| EDNY-037851-EDNY-037879 | Records from Venmo |
| EDNY-037853-EDNY-037856 | Records from Wells Fargo |
| EDNY-037856-EDNY-037875 | Records from Zelle |

In addition, please find the following materials produced in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which are contained on encrypted hard drives produced separately to counsel for the respective defendant.

| Bates No. | Description of Item |
| --- | --- |
| EDNY-037876 | Responsive Report for ▮▮▮▮ Gmail Account |
| EDNY-037877 | Responsive Report for ▮▮▮▮ Gmail Account |
| EDNY-037878 | Responsive Report for an Electronic Device of the Person Identified in the Indictment as "Company-1 Owner" |
| EDNY-037879 | Responsive Report for Chris Hu's iPhone 14 Pro Max |
| EDNY-037880 | Responsive Report for Linda Sun's iPhone 14 Pro |

You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling us to arrange a mutually convenient time.

Very truly yours,

BREON PEACE
United States Attorney

By:    /s/ Alexander A. Solomon
Alexander A. Solomon
Robert M. Pollack
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of the Court (BMC) (by ECF) (without download link)

3