

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 3, 2024

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

Seth DuCharme
Nicole Boeckmann
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY, 10019-6118

<u>By Email and ECF</u>

Re: United States v. Sun, et. al.
<u>Criminal Docket No. 24-CR-346 (BMC)</u>

Dear Counsel:

Please find the following materials produced in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which are contained on encrypted hard drives produced separately to counsel for the respective defendant. The government renews its request for reciprocal discovery from the defendants.

| Bates No. | Description of Item |
|---|---|
| EDNY-037881 | Forensic image of the unencrypted portion of a Silver Apple iMac All in One Desktop, model A1419, serial number ███████████, that was Seized at the Sun and Hu Residence. ███████████ |

| Bates No. | Description of Item |
|---|---|
| EDNY-037882 | Forensic Image of a Silver MacBook Pro with Serial Number ▓▓▓▓▓▓▓▓▓▓ that was Seized at the Sun and Hu Residence |
| EDNY-037883 | Forensic Image of a Gold-colored USB that was Seized at the Sun and Hu Residence |
| EDNY-037884 | Forensic Image of a blue and white USB that was Seized at the Sun and Hu Residence |
| EDNY-037885 | Forensic Image of a SIM Card that was Seized at the Sun and Hu Residence |
| EDNY-037886 | Forensic Image of a white USB that was Seized at the Sun and Hu Residence |
| EDNY-037887 | Forensic Image of an iPhone XM model A1984, IMEI ▓▓▓▓▓▓▓▓▓▓, that was Seized at the Sun and Hu Residence |
| EDNY-037888 | Forensic Image of an iPhone 12 Pro, Model A2341, IMEI ▓▓▓▓▓▓▓▓▓▓, that was Seized at the Sun and Hu Residence |
| EDNY-037889 | Forensic Image of two micro SD cards that were Seized at the Sun and Hu Residence |
| EDNY-037890 | Forensic Image of a red and black SanDisk USB that was Seized at the Sun and Hu Residence |
| EDNY-037891 | Forensic Image of a 16 GB silver Lexar USB that was Seized at the Sun and Hu Residence |
| EDNY-037892 | Forensic Image of a USB that was Seized at the Sun and Hu Residence |
| EDNY-037893 | Forensic Image of an iPhone X, model 1921, IMEI ▓▓▓▓▓▓▓▓▓▓, that was Seized at the Sun and Hu Residence |
| EDNY-037894 | Responsive Report for an Electronic Device Owned by ▓▓▓▓▓▓ |

| Bates No. | Description of Item |
|---|---|
| EDNY-037895 | Responsive Report for an Electronic Device Owned by ▮▮▮▮ |

      You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling us to arrange a mutually convenient time.

      Very truly yours,

      BREON PEACE
      United States Attorney

By:    /s/ Alexander A. Solomon
      Alexander A. Solomon
      Robert M. Pollack
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Clerk of the Court (BMC) (by ECF) (without download link)