

December 4, 2024

**By ECF**

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Linda Sun, a/k/a "Wen Sun," "Ling Da Sun," and "Linda Hu," and Chris Hu*, 24 Cr. 346 (BMC) (TAM)

Your Honor:

      We represent Linda Sun in the above-referenced matter and write following the government's filing of its opposition to Ms. Sun's motion to dismiss. (*See* Dkt. 52.) Pursuant to the Court's direction at the conference held on September 25, 2024, we respectfully request two weeks to file a reply in further support of Ms. Sun's motion.

      We thank the Court for its consideration of this request.

      Respectfully submitted,

*Jarrod L. Schaeffer*

Jarrod L. Schaeffer

ABELL ESKEW LANDAU LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001
(646) 970-7339
jschaeffer@aellaw.com

cc:    Counsel of Record (via ECF)