

AAS/RMP                                          *271 Cadman Plaza East*
F. #2021R00600                                   *Brooklyn, New York 11201*

December 17, 2024

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

Seth DuCharme
Nicole Boeckmann
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY, 10019-6118

By Email and ECF

    Re: United States v. Sun, et. al.
       Criminal Docket No. 24-CR-346 (BMC)

Dear Counsel:

    This letter will be accompanied by a link, sent by separate e-mail, to the secure download of certain discovery materials produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendants.

| Bates No. | Description of Item |
|---|---|
| EDNY_037896-EDNY_037907 | Notes and Attachments Associated with the Report Documenting Linda Sun's July 15, 2020 Interview with the F.B.I. (See EDNY_016469) |
| EDNY_037908-EDNY_037915 | Notes Associated with the Report Documenting the Interview of Linda Sun and |

| Bates No. | Description of Item |
|---|---|
| | Chris Hu During the Search of the Sun and Hu Residence (See EDNY_011923) |
| EDNY_037916-EDNY_037919 | Arrest Record for Linda Sun |
| EDNY_037920-EDNY_037920 | Report Documenting a FARA Filing Check for Linda Sun |
| EDNY_037921-EDNY_037922 | Arrest Record for Chris Hu |
| EDNY_037923-EDNY_038020 | F.B.I. Surveillance Records |
| EDNY_038021-EDNY_038036 | U.S. Customs and Border Protection Person Encounter Lists for Linda Sun and Chris Hu |
| EDNY_038037-EDNY_038042 | Business Agreement and Associated Translation |
| EDNY_038043-EDNY_038933 | Draft Summary Translations of Chat Messages |
| EDNY_038934-EDNY_042363 | Responsive Report for Apple Account chrishu212@gmail.com |
| EDNY_042364-EDNY_043484 | Responsive Report for Apple Account lsun0415@icloud.com |
| EDNY_043485-EDNY_043538 | Records from Apple |
| EDNY_043539-EDNY_044303 | Records from AT&T |
| EDNY_044304-EDNY_045666 | Records from Google |
| EDNY_045667-EDNY_045669 | Records from LinkedIn |
| EDNY_045670-EDNY_045697 | Records from Twitter |
| EDNY_045698-EDNY_045738 | Records from Ultra Mobile (T-Mobile) |
| EDNY_045739-EDNY_046092 | Records from Verizon |
| EDNY_046093-EDNY_046146 | Records from Ferrari |
| EDNY_046147-EDNY_046196 | Records from Land Rover |

| Bates No. | Description of Item |
|---|---|
| EDNY_046197-EDNY_046255 | Records from Mercedes |

       You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling us to arrange a mutually convenient time.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/ Alexander A. Solomon
          Alexander A. Solomon
          Robert M. Pollack
          Assistant U.S. Attorneys
          (718) 254-7000

cc:    Clerk of the Court (BMC) (by ECF) (without download link)