

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 25, 2025

<u>By Email and ECF</u>

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

        Re:    United States v. Sun, et. al.
                 <u>Criminal Docket No. 24-CR-346 (BMC)</u>

Dear Counsel:

        This letter will be accompanied by a link, sent by separate e-mail, to the secure download of certain discovery materials produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendants.

The following documents were obtained by the government during the course of the investigation:

| Bates No. | Description of Item |
|---|---|
| EDNY_052647-EDNY_052657 | Search warrant to Apple (22-MC-297) |
| EDNY_052658-EDNY_052669 | Search warrant to Google (22-MC-858) |
| EDNY_052670-EDNY_052690 | Search warrants to Apple and Google (24-MC-466) |
| EDNY_052691-EDNY_052700 | Search warrant to Apple (24-MC-466) |
| EDNY_052701-EDNY_052711 | Search warrant to Google (24-MC-2168) |
| EDNY_052712-EDNY_052725 | Search warrant (24-MC-2169) |
| EDNY_052726-EDNY_052743 | Search warrants (24-MC-2841) |
| EDNY_052744-EDNY_052757 | Search warrants (24-MC-2869) |
| EDNY_052758-EDNY_052761 | Search warrant (24-MC-3106) |
| EDNY_052762-EDNY_052769 | Search warrant to Shopify (24-MC-3252) |
| EDNY_052770-EDNY_052783 | Search warrants (24-MC-3388) |
| EDNY_052784-EDNY_052937 | Search warrant and affidavit (25-MC-728) |

You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling us to arrange a mutually convenient time.

Very truly yours,

JOHN J. DURHAM
United States Attorney
Eastern District of New York

By:   /s/ Alexander A. Solomon
Alexander A. Solomon
Robert M. Pollack
Assistant U.S. Attorneys
(718) 254-7000