IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CRIMINAL DIVISION

UNITED STATES OF AMERICA,

v.                                                                                    CR No.  24-CR-346

LINDA SUN also known as "Wen Sun,"
"Ling Da Sun," and "Linda Hu" and
CHRIS HU

　　　Defendants.

## DECLARATION OF JULIAN KU

I. **EXPERT QUALIFICATIONS**

1. The opinions I offer herein reflect the expertise I have developed as a legal scholar studying the Chinese legal system and its interaction with the U.S. legal system.

2. I am the Maurice A. Deane Distinguished Professor of Constitutional Law and Faculty Director of International Programs at the Maurice A. Deane School of Law at Hofstra University in New York. I am a nationally recognized expert on the relationship between international law and domestic legal systems with a particular focus on the United States and China. I am the author of over forty articles, essays, and book chapters, several of which are focused on China and the interaction between China's domestic legal system with the international legal system. My academic work has appeared in leading peer-reviewed academic journals including the *American Journal of International Law*, *Supreme Court Review*, and *Constitutional Commentary*. I have presented academic papers on at leading academic conferences including the Annual Meeting of the American Society of International Law. I am also a member of the American Law Institute, which is a select group of lawyers and scholars charged with developing authoritative principles and "restatements" of different areas of American law. Additionally, I have been quoted as an authority on China-related legal issues in more than a hundred news articles, including in the publications like the *Wall Street Journal*, the *New York Times*, the *Washington Post*, and the *Los Angeles Times*. I have also submitted testimony before the Congressional-Executive Commission on China, the Senate Judiciary Committee, Subcommittee on Border Security and Immigration and the House Foreign Affairs Committee, Subcommittee on Asia and the Pacific. I have not testified as an expert at trial or deposition in the previous four years.

3. I have served as a Distinguished Fulbright Lecturer in Law at East China University of Political Science and Law in Shanghai, China, Visiting Fellow and Professor at National Taiwan University in Taipei, Taiwan and Visiting Professor of Law at the College of William and Mary and the Columbia University School of Law. I am a graduate of the Yale University School of Law where I hold a Juris Doctor degree and Yale College where I hold a Bachelor of the Arts degree in Ethics, Politics and Economics.

4. I have been asked to submit this report pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure to disclose my opinions on the structure, features, and key characteristics of the legal and political system of the People's Republic of China (PRC) as it relates to the case against the Defendants. To prepare this report, I have reviewed the Superseding Indictment in this matter, the press release about the Superseding Indictment, and terms of reference provided by the United States Attorney's Office for the Eastern District of New York. I have also drawn on primary and secondary sources derived from my own research. I express no opinion in this report on the merits of the case against the Defendants.

**II.    SUMMARY OF OPINION**

5. State power in the People's Republic of China is distributed in accordance with the Constitution of the People's Republic of China. Under this constitution, the highest organ of state power is the National People's Congress (NPC). All other organs of the state – the President, the Prime Minister, the ministers serving on the State Council, the judiciary and the prosecutors –are responsible to the NPC.

6. In practice, however, all political power in the People's Republic of China is held by the Chinese Communist Party (CCP). The CCP controls the selection of all legislators, administrators, judges and prosecutors who wield state power. No high government post may be assigned without approval by the CCP, and all CCP members may be stripped of their state posts by the CCP.

7. The CCP selects its leaders every five years at a national party congress. At that party congress, it chooses members of its Central Committee. Those Central Committee members are then responsible for choosing the General Secretary, the 25 members of its governing Political Bureau (Politburo), and the seven members of the Politburo's Standing Committee. The General Secretary and the other members of the Politburo Standing Committee hold the ultimate political power in China via their control of the PRC presidency, the Central Military Commission, the State Council, the NPC and other key party and state entities.

8. The CCP has a long history of using its embassies and consulates to affect policy toward China, gather intelligence, and influence politicians in foreign countries. In the United States, PRC diplomatic and consular officials have worked with local ethnic Chinese groups to influence U.S. political figures at both the local and national level to achieve policy advantages for the Chinese state.

9. The United Front Work Department (UFWD) of the CCP is the main body for carrying out the CCP's overseas influence operations, often in coordination with China's diplomatic and intelligence services. The UFWD works to build the CCP's relationship with civil society organizations both inside and outside of China. In the United States, the UFWD seeks to influence politicians at the local, state and federal level, American universities, think tanks, civic groups, other prominent individuals and institutions, and public opinion more generally.

10. For example, the UFWD often provides funds or other political favors to associations of overseas Chinese in the U.S. so that those organizations are more likely to support CCP goals or even help to carry out tasks overseas for the CCP. The UFWD, which is organized at both the national and provincial level within China, has longstanding relationships with overseas Chinese associations including the two organizations (███████████████ and ███████████████) referred to in the Superseding Indictment.

11. The PRC's claim to Taiwan is a fundamental national policy enshrined in its constitution and laws. Its diplomats and government officials aggressively protest any kind of official U.S. contact with officials of Taiwan's government, even legislative or state government officials in the United States who do not have a role in U.S. diplomacy.

### III.  THE FORMAL STRUCTURE OF THE CHINESE POLITICAL SYSTEM

12. The Constitution of the People's Republic of China is the "fundamental law of the state and has supreme legal force."[1]  Thus, "[a]ll state organs and armed forces, all political parties and social organizations, and all enterprises and public institutions must abide by the Constitution and the law."[2]

13. The Constitution was adopted in 1982, and it is the fourth constitution adopted by the PRC since its establishment in 1949. The 1982 Constitution has been amended on five occasions, most recently in March 2018.

14. As I will explain in Part IV, the actual governance of China is controlled by the Chinese Communist Party (CCP), and the Constitution does not significantly constrain the CCP's power within China. But the Constitution remains the best source for understanding the allocation of formal state power within the Chinese political and legal system.

15. Chapter II of the Constitution sets out eight main institutions of state power: the National People's Congress, the President, the State Council, the Central Military Commission, the Local People's Congresses, the Autonomous Organs of Ethnic Autonomous Areas, the Supervisory Commissions, and the People's Courts and

---

[1] CONSTITUTION OF THE PEOPLE'S REPUBLIC OF CHINA, Preamble.
[2] *Id.* at Art. 5.

People's Procuratorates. This report will focus on those institutions of the PRC government most relevant to this case.

### A. The National People's Congress

16. Among these institutions, Article 57 of the Constitution designates the National People's Congress (NPC) as the "highest organ of state power". Comprised of 2980 deputies elected for five-year terms from different regions of China and China's armed forces, the NPC meets once a year (traditionally in March) for about one or two weeks.

17. During its annual meeting, the NPC carries out its primary duties of enacting laws and electing the president, vice president, and the chairman of the Central Military Commission (the "commander in chief" of China's military). The NPC also approves the nominations of leading administrative officials including the prime minister. As the "highest organ of state power," all other organs of the state, such as the administrative, prosecutorial, and judicial organs, are responsible to the NPC, which can remove such officials from power under Article 63.

18. As a practical matter, the NPC is a "rubber stamp" body. As far as can be determined, it has never voted down any item on its agenda. Thus, it has never failed to approve the election of the president, the nomination of a State Council minister, or a proposed law. With 2980 members that meet once a year for around 10 days, the NPC has little time to seriously deliberate any of the actions it takes during its annual meetings.

19. The main work of the NPC is handled by its Standing Committee (NPCSC) that operates year-round and is elected by deputies to the NPC. The NPCSC, comprised of 175 members, has the authority to interpret the Constitution and other laws, issues certain laws and regulations not required to be approved by the NPC, overseeing the other parts of the government, and generally exercising the NPC's legislative powers. This also includes drafting proposed legislation for the NPC and setting out the NPC's agenda for its annual meeting.

### B. The President

20. The President of the PRC, elected by the NPC, serves as head of state. As such, the President has the authority to conduct foreign relations and nominate ministers to the State Council. (The more common Chinese translation is "chairman", but the official Chinese government English translation uses "president".)

21. Unlike the powers granted to the U.S. President by the U.S. Constitution, the President's legal powers under the PRC Constitution are very limited. For instance, while the PRC President nominates officials for administrative office, he cannot remove those officials and has no responsibility for supervising them. Moreover, unlike the U.S. President, the PRC president has no authority over the military. Additionally, the PRC Constitution gives the NPC the power to both

4

elect and remove the President. However, since 1993, the position of President also has been held by whomever has been elected to serve as the General Secretary of the Chinese Communist Party. As such, despite his limited formal legal powers, the President has typically also been the most powerful political leader in the PRC by virtue of his power within the CCP. The current President and General Secretary of the CCP is Xi Jinping.

**C. The State Council**

22. The Constitution designates the State Council as the "highest organ of state administration". The State Council is responsible for carrying out the laws and policies set out by the NPC and overseeing the work of China's state bureaucracy.

23. The State Council is similar to a cabinet. It is headed by a prime minister, and includes ministers of China's 20 ministries, chairmen of ministerial-level commissions, and other leading government officials.

24. The PRC Government Officials referred to in the Superseding Indictment serve in the Consulate in New York and are part of the Ministry of Foreign Affairs.

25. The PRC Consulate in New York is led by a Consul-General and a Deputy-Consul, both of whom are appointed by the Ministry of Foreign Affairs.[3] The consulate provides consular services such as issuing passports and visas as well as protection and assistance to Chinese citizens in New York state and other parts of the northeastern United States.

26. The Consulate also is staffed by other diplomatic personnel including those assigned to manage the Political Section of the Consulate. Chinese diplomatic and consular officials in political affairs are tasked with working "to understand and investigate the political, economic, military and other aspects of the situation and situation of the receiving country…."[4]

27. Recent PRC regulations have emphasized that consular protection and assistance efforts "are to adhere to the leadership of the Chinese Communist Party, persist in being people-centered, [and] implement the holistic national security view of national security…."[5] The PRC has expanded the number of consulates abroad and have increasingly relied on consulates to reach out to build extensive networks of volunteers among overseas Chinese communities to help carry out their consular duties.[6]

---

[3] LAW OF THE PEOPLE'S REPUBLIC OF CHINA ON DIPLOMATIC PERSONNEL STATIONED ABROAD, Art. 14 and 16.
[4] 外交代表机关 (Diplomatic Representative Organs), Ministry of Foreign Affairs, https://www.mfa.gov.cn/web/ziliao_674904/lbzs_674975/200705/t20070524_9284705.shtml
[5] People's Republic of China Regulations on Consular Protection and Assistance, Art. 2.
[6] Liping Xia, *Consular Protection with Chinese Characteristics: Challenges and Solutions*, 16 HAGUE J. DIPL. 253 (March 2021); Sze-Fung Lee, *Part I: Diplomacy with Chinese Characteristics: PRC Consulate Gray Zone 'Pop-up' Events in New York and Beyond,* CHINA BRIEF (October 4, 2024).

28. The Hong Kong and Macao Affairs Office of the State Council is a separate working organ of the State Council. Its main task is to assist the premier in carrying out the PRC's policies with respect to those special administrative regions (S.A.R.) of Hong Kong and Macao.  This includes coordinating policies between mainland government departments and the governments of Hong Kong and Macao.[7]

29. The Taiwan Affairs Office of the State Council is also a separate working organ of the State Council. It is responsible for setting and implementing guidelines and policies related to Taiwan, as stipulated by both the Central Committee of the Communist Party of China and the State Council.[8]

30. The State Council also manages the Pilot Free Trade Zone program. First launched in 2013 with the Shanghai Pilot Free Trade Zone, the State Council has currently approved 21 such Pilot FTZs, including the Henan Pilot Free Trade Zone in 2017.  The Pilot FTZs are intended to boost economic growth in particular regions by allowing the Pilot FTZ to experiment with more flexible regulation and governance while focusing on developing advanced manufacturing or other high-value economic activities.[9]

**D. Provincial and other Local Governments**

31. Article 30 of the PRC Constitution organizes the administrative areas of China below the national level into "provinces, autonomous regions, and cities directly under central government jurisdiction."  The Superseding Indictment refers to government and CCP officials in two of these provinces – Henan and Jiangsu.

32. Article 95 states that each province, autonomous region, or directly administered municipality must have a local "people's congress" to whom the local provincial entities, such as governors, mayors, or other leaders are responsible. Each local people's congress has a standing committee similar to the NPCSC and is charged with selecting the governor and other members of a province's "People's Government" such as the Vice-Governor of Jiangsu Province and the Henan Provincial People's Government referred to in the Superseding Indictment. In practice, as explained below in Part IV, local government officials are selected by

---

[7] Hong Kong and Macao Affairs Office of the State Council, (October 1, 2014), https://english.www.gov.cn/state_council/2014/10/01/content_281474991090982.htm.
[8] Taiwan Affairs Office of the State Council (November 17, 2020), https://govt.chinadaily.com.cn/s/202011/17/WS5fb3360d498eaba5051bcb77/taiwan-affairs-office-of-the-state-council.html.
[9] United Nations Conference on Trade and Development, *The Role of China's Pilot Free Trade Zones in Promoting Institutional Innovation, Industrial Transformation and South-South Cooperation* (2023), https://unctad.org/system/files/official-document/gds2023d5_en.pdf.

6

  the CCP and are often trained at the Central Party School, or at one of the other schools run by the CCP.[10]

33. Each province also has a department devoted to managing foreign affairs. For instance, the "Jiangsu Provincial [Foreign] Affairs Office" referred to in the Superseding Indictment oversees carrying out any policies related to foreign affairs at the provincial level, including relations with other subnational governments like New York State.

34. Below the province-level, Article 97 also requires people's congresses for counties, cities, municipal districts, townships, ethnic townships, and towns. This lowest level of people's congresses has responsibility for their local government and for electing deputies to the provincial-level people's congresses.

  E. **Chinese People's Political Consultative Conference**

35. The Chinese People's Political Consultative Conference (CPPCC) is a state-supported forum for political consultation between the wider public and the Communist Party-controlled state. The CPPCC originated as part of the Communist Party's "United Front" strategy to build mechanisms of cooperation and to control elements of society that are not part of the CCP.[11] The CPPCC often includes wealthy individuals from China such as the CEO of China's largest search firm Baidu or celebrities like former NBA star Yao Ming and the movie star Jackie Chan. In a sign of its importance, the CPPCC is always led by a member of the CCP's Politburo Standing Committee, who is therefore one of the seven most powerful political figures in China. Membership in the CPPCC is considered prestigious and a recognition of a Chinese citizen's public importance.[12]

36. The National Committee of the CPPCC meets in Beijing annually at the same time as the NPC's annual meeting. CPPCC members are permitted to make suggestions for new legislation or new policies that can be referred for consideration by the NPC or the State Council. Each province also has a local committee of the CPPCC which serves the same functions at the provincial level and may refer proposals to either the local people's congress or to the national committee of the CPPCC. The General Office and Foreign Affairs Office of Henan CPPCC Provincial Committee, referred to in the Superseding Indictment, is one such local CPPCC committee.

37. Members of the CPPCC are not typically Party members but are often selected for their support of the CCP's policies and interests. ▮▮▮▮▮▮▮▮, who is designated

---

[10] Cheng Li, *Educational and Professional Backgrounds of Current Provincial Leaders*, CHINA LEADERSHIP MONITOR (October 30, 2003).

[11] CHARTER OF THE CHINESE PEOPLE'S POLITICAL CONSULTATIVE CONFERENCE (CPPCC), http://en.cppcc.gov.cn/2018-12/27/c_470021.htm

[12] *See* Shannon Tiezzi, *What is the CPPCC Anyway*?, THE DIPLOMAT (March 4, 2021), https://thediplomat.com/2021/03/what-is-the-cppcc-anyway/.

    in the Superseding Indictment as CC-2, is the head of a US-based association of Chinese entrepreneurs and a member of the CPPCC.

## IV. The Chinese Communist Party

### A. The Dominance of the Chinese Communist Party

38. The PRC Constitution's lengthy preamble set out the basic philosophical and ideological goal of the PRC to establish a socialist society. It repeatedly cites the "leadership of the Communist Party" as necessary to the success of this vision. It codifies this role in Article 1 which defines a "socialist system" as the fundamental system of the PRC and that "[l]eadership by the Communist Party of China is the defining feature of socialism with Chinese characteristics."

39. The dominance of the CCP in the Chinese political system means that all organs of the state are subordinate to it. As one leading scholar explains, "the CCP defines itself as the sole legitimate authority with an absolute and uncontested right to rule in the name of the people."[13] This is true both at the national level, but also at the local sub-national level. For this reason, it is important to understand the organization of the CCP itself to fully understand how political and legal power is exercised in China.

40. Historically, the CCP's decisions always precede important reforms to the state. Thus, the 1982 PRC Constitution was only adopted after the Party had adopted its own new Party Constitution earlier in that year.[14] Any decisions about new laws and policies are determined by the CCP first and then presented to the NPC for its pro forma approval.

41. The CCP's dominance of the state extends down to the local level as well. Thus, there are "two parallel systems in China's system of governance from the central level down through the province to the county and township, namely the Party and the government."[15]

### B. The Organization of the CCP

42. The key governing organ of the CCP is the Central Committee (CC), which is comprised of the 200 most important members of the CCP. The CC is chosen at a National Party Congress, which is held once every five years. The CC elects approximately 25 of its members to serve on its Political Bureau (Politburo), and

---

[13] Tony Saich, *The Chinese Communist Party* in Kjeld Erik Brodsgaard. CRITICAL READINGS ON THE COMMUNIST PARTY OF CHINA 33 (2017).
[14] Zou Keyuan, *The Party and the Law* in Kjeld Erik Brodsgaard, ed., CRITICAL READINGS ON THE COMMUNIST PARTY OF CHINA 1292 (2017).
[15] Zheng Yongnian, *The Party Domination of the State*, in Kjeld Erik Brodsgaard, ed. CRITICAL READINGS ON THE COMMUNIST PARTY OF CHINA 250 (2017).

seven members of the Politburo are then selected to the Standing Committee of the Politburo (PSC).[16]

43. In practice, therefore, the Standing Committee of the Politburo (and not government entities like the State Council) is the most important political decision-making body in China. The most powerful member of the PSC is whomever has been elected by the CC to serve as the General Secretary of the CCP. Since 2012, that position has been held by Xi Jinping. Once chosen by the CC as General Secretary and as a member of the PSC, members in the NPC (as directed by party leaders) will elect the General Secretary to the formal state roles. In the case of Xi, he has been elected by the NPC to serve the role of State President and chairman of the Central Military Commission. But it is his position as CCP General Secretary that gives him the political power to be "elected" to these positions of state power.

44. Other members of the PSC fill the key roles in the state system. Thus, the second ranked member of the PSC usually serves as Premier of the State Council and the third-ranked member usually serves as chairman of the NPC's Standing Committee. In this way, members of the PSC lead the three most important institutions of state power in China: the Central Military Commission, the State Council, and the NPC. The fourth ranking member traditionally serves as the head of the CPPCC. The other members of the PSC typically head other key state positions or party offices. The current head of the United Front Work Department, Shi Taifeng, is not on the PSC, but holds a high-level party position. He is a member of the 25-member Politburo and a member of the Secretariat of the Central Committee of the CCP, the second-highest governing body of the Central Committee.

C. **The United Front Work Department**

45. The United Front Work Department is the specially designated department of the CCP tasked with building the Party's influence outside of its membership and beyond the Chinese state into civil society, in business, and in overseas Chinese communities. Its mission is to "promote the PRC's preferred global narrative, pressure individuals living in free and open societies to self-censor and avoid discussing issues unfavorable to the CCP and harass or undermine groups critical of the PRC's policies."[17]

46. The concept of united front work goes back to the origins of the CCP in the 1930s, and its modern version has been heavily bolstered by Xi Jinping.[18] A 2019

---

[16] Susan V. Lawrence, *China's Political Institutions and Leaders in Charts*, CONGRESSIONAL RESEARCH SERVICE REPORTS, 4 (November 12, 2013).

[17] U.S.-China Economic and Security Review Commission, *China's Overseas United Front Work: Background and Implications for the United States*, 3 (August 24, 2018), https://www.uscc.gov/research/chinas-overseas-united-front-work-background-and-implications-united-states.

[18] Gerry Groot, *The Rise and Rise of the United Front Work Department under Xi*, CHINA BRIEF (April 24, 2018). https://jamestown.org/program/the-rise-and-rise-of-the-united-front-work-department-under-xi/.

9

analysis estimated that its budget of $2.6 billion that year exceeded that of the entire Ministry of Foreign Affairs.[19]

47. As described in Article 2 of the 2020 Regulations released by the CCP's Central Committee, the United Front Work Department is "the political advantage and strategic policy of the Communist Party of China to unite people's hearts and strength, an important magic weapon to win the cause of revolution."[20]  The importance of UFWD activities for the CCP's political goals can be seen in recent statements by PSC member Wang Huning stressing "the importance of consolidating and developing the broadest possible patriotic united front in the new era to strive for unity for realizing the objectives and tasks set at the 20th CPC National Congress."[21]

48. For instance, the UFWD has long worked to manage and control domestic entities such as the Council for the Promotion of International Trade (CPIT). The CPIT was first formed in 1952, and the U.S. government has long identified it as a UFWD entity supporting the CCP's interests.[22] The Jiangsu CPIT, referred to in the Superseding Indictment, is the provincial subcouncil of the national CPIT.

49. Article 5 of 2020 Regulations directs the UFWD to target 11 key groups to build an "alliance" with to support the CCP's political goals, including "overseas Chinese." In the United States, the UFWD has focused on penetrating state, local and municipal governments, in part because local governments usually do not have the same national security awareness as the federal government.[23]

**D.     The United Front Work Department and Overseas Chinese**

50.  Persuading overseas Chinese to support the CCP is a particular priority of the CCP. President Xi himself stated at the 19th Party Congress in 2017 that the Party should "maintain extensive contacts with overseas Chinese nationals…and [will] unite them so that they can join [the Party's] endeavors to rejuvenate the Chinese nation."[24]

---

[19] Didi Kirsten Tatlow, *600 U.S. Groups Linked to Chinese Communist Party Influence Effort with Ambition Beyond Election*, NEWSWEEK (October 26, 2020), https://www.newsweek.com/2020/11/13/exclusive-600-us-groups-linked-chinese-communist-party-influence-effort-ambition-beyond-1541624.html

[20] Regulations on the Work of the United Front of the Communist Party of China (issued December 20, 2020), http://www.gov.cn/zhengce/2021-01/05/content_5577289.htm.

[21] *Senior CPC official stresses united front's role in national rejuvenation*, CGTN (January 11, 2023), https://news.cgtn.com/news/2023-01-11/CPC-official-stresses-united-front-s-role-in-national-rejuvenation-1guUiKQeiBO/index.html

[22] Central Intelligence Agency, *The United Front in Communist China*, report dated May 1957 (declassified August 24, 1999), https://www.cia.gov/library/readingroom/docs/CIA-RDP78-00915R000600210003-9.pdf.

[23] Written Testimony of Peter Mattis, *China's Global Influence and Interference Activities*, U.S.-CHINA ECONOMIC AND SECURITY REVIEW COMMISSION (March 23, 2023), https://www.uscc.gov/sites/default/files/2023-03/Peter_Mattis_Testimony.pdf.

[24] Xi Jinping, *Secure a Decisive Victory in Building a Moderately Prosperous Society in All Respects and Strive for the Great Success of Socialism with Chinese Characteristics for a New Era*, 19th National Congress of the Communist

51. The UFWD is the main organization within China for carrying out this policy. In 2018, the UFWD absorbed the Overseas Chinese Affairs Office (OCAO), which is a State Council organ previously charged with outreach and management of relations with ethnic Chinese communities overseas.[25] The OCAO continues to exist as a part of the UFWD and UFWD personnel are frequently stationed in Chinese embassies and consulates.[26] Canada's Federal Court found that the OCAO engages in espionage and intelligence gathering against overseas Chinese communities in Canada.[27] Additionally, a 2023 Chinese state decree on consular policy "encourages" the use of overseas volunteers to "participate in the work of consular protection and assistance." This decree formalizes the longstanding practice of Chinese consulates to recruit overseas Chinese in order to assist in official work that is often intertwined with United Front work.[28]

52. The UFWD also carries out its mission through funding or supporting overseas Chinese organizations with the goal of influencing those groups to engage in pro-CCP political activity or to protest overseas policies that are critical of the CCP.[29] In recent years, united front work has become pervasive among overseas Chinese communities, emphasizing not just alliance and support, but insisting upon loyalty to China, and support for its system, model and politics.[30]

53. One way that UFWD builds goodwill among overseas Chinese is through the distribution of small but meaningful gifts. For instance, the Chinese Embassy in Washington, DC distributed small cash gifts to hundreds of overseas Chinese students in the region to encourage them to attend events welcoming visits by President Xi in 2012 and 2015.[31] Sending food, such as the Nanjing salted ducks (盐水鸭) the Superseding Indictment alleges were delivered on numerous

---

Party of China (October 18, 2017), http://www.xinhuanet.com/english/download/Xi_Jinping's_report_at_19th_CPC_National_Congress.pdf.

[25] 中共中央印发《深化党和国家机构改革方案》(Central Committee of the Communist Part of China issues "Plan for Deepening the Reform of the Party and State Institutions")
(March 21, 2018), https://www.gov.cn/zhengce/2018-03/21/content_5276191.htm#1.

[26] U.S.-China Economic and Security Review Commission, CHINA'S OVERSEAS UNITED FRONT WORK: BACKGROUND AND IMPLICATIONS FOR THE UNITED STATES, 6 (August 24, 2018), https://www.uscc.gov/research/chinas-overseas-united-front-work-background-and-implications-united-states.

[27] Gao v. Canada (Citizenship and Immigration), 2022 FC 64, para. 50 (January 19, 2022), https://www.canlii.org/en/ca/fct/doc/2022/2022fc64/2022fc64.html?searchUrlHash=AAAAAQAJWXV4aWEgR2FvAAAAAAE&resultIndex=1.

[28] 中华人民共和国领事保护与协助条例 (Regulations of the People's Republic of China on Consular Protection and Assistance) (effective September 1, 2023); Laura Harth and Chung Ching Kwong, *Consular Volunteers*, SAFEGUARD VOLUNTEERS, (November 21, 2023), https://safeguarddefenders.com/en/blog/chinas-consular-volunteers.

[29] Ryan Fedasiuk, *How China's united front system works overseas* (13 April 2022), https://www.aspistrategist.org.au/how-chinas-united-front-system-works-overseas/

[30] Frank Pieke, *The Chinese Communist Party as a Global Force* 76 in Jérôme Doyon, Chloé Froissart, eds., *The Chinese Communist Party: A 100-Year Trajectory* (2024), https://sciencespo.hal.science/hal-04427129v1/file/2024_The%20Chinese%20Communist%20Party_book.pdf.

[31] Bethany Allen-Ebrahimian, *China's Long Arm Reaches into American Campuses*, FOREIGN POLICY, March 7, 2018. *http://foreignpolicy.com/2018/03/07/chinas-long-arm-reaches-into-american-campuses-chinese-students-scholars-association-university-communist-party/*.

11

occasions to the Defendant's parents, is another example of using gifts to build goodwill and influence. Though ubiquitous in some provinces of southern China, Nanjing duck is rarely served in U.S. restaurants so a specially prepared authentic meal would be a typical way to build goodwill and influence with overseas Chinese well beyond the monetary value of the ducks.

54. Another common way for UFWD officials to influence overseas Chinese is to meet with local chapters of groups that connect overseas Chinese with their home province or community.[32]  As is well documented, such meetings between UFWD and overseas Chinese representing their "hometown associations" are common, usually publicly reported, and sometimes occur along with senior staff from Chinese consulates.[33]

55. For instance, in 2017, the Hebei Hometown Association of New York publicly welcomed the United Front Work Department Delegation for a visit to New York.[34] Such interactions are normal and quite similar to the meetings between the Henan Chinese Associates U.S.A. (referred to as Association-1 in the Superseding Indictment) and the UFWD entities in Henan Province alleged in paragraph 42 of the Superseding Indictment. Similarly, officials from the San Francisco Consulate joined the welcome event for a UFWD delegation from Hunan Province.[35]

56. The Superseding Indictment alleges in paragraph 41 that in the Defendant received instructions from ▮▮▮▮▮▮▮ (referred to as CC-1 in the Superseding Indictment), the head of a "hometown association" in New York for emigres from Henan Province, to carry out political activities on behalf of Henan Province. The Defendant is also alleged to have been hosted in her visit to China by All-China Federation for Returned Overseas Chinese (ACFROC), an organization created in 1956 "under the leadership of the Chinese Communist Party" to influence and build support for the CCP among overseas Chinese.[36] In 2018, ACFROC was

---

[32] Gerry Groot, *The Expansion of the United Front Under Xi Jinping*, The China Story (2015), https://www.thechinastory.org/yearbooks/yearbook-2015/forum-ascent/the-expansion-of-the-united-front-under-xi-jinping/

[33] U.S.-China Economic and Security Review Commission, *China's Overseas United Front Work: Background and Implications for the United States*, n. 44 (August 24, 2018) (linking numerous examples of meetings between UFWD officials and overseas Chinese Associations).

[34] *Hebei Hometown Association of New York Welcomes Hebei Province United Front Work Department Delegation*, November 23, 2017. Translation. *http://ny.uschinapress.com/m/spotlight/2017/11-23/133180.htm.l*  Consulate-General of the People's Republic of China in San Francisco, *San Francisco Vice-Consul General Cha Liyou Attends Hunan Hometown Association of California Welcome Activity for Hunan Provincial Party Committee United Front Work Department Delegation*, September 15, 2017. Translation. *http://www.chinaconsulatesf.org/chn/tpxw/t1493277.htm*.

[35] Consulate-General of the People's Republic of China in San Francisco, "San Francisco Vice-Consul General Cha Liyou Attends Hunan Hometown Association of California Welcome Activity for Hunan Provincial Party Committee United Front Work Department Delegation," September 15, 2017. Translation. *http://www.chinaconsulatesf.org/chn/tpxw/t1493277.htm*.

[36] All-China Federation of Returned Overseas Chinese, 2022 Budget of the All-China Federation of Returned Overseas Chinese, Translated, https://cset.georgetown.edu/publication/overseas-chinese-federation-budget-2022/.

assigned duties previously held by the OCAO with respect to managing relationships with overseas Chinese associations like Henan Chinese Associates.[37] Officials previously assigned to the OCAO have been transferred to ACFROC.[38] The increased power and significance of ACFROC as the main CCP institution for managing overseas Chinese associations all over the world has raised the profile of ACFROC's leaders, some of whom have been linked to Chinese military intelligence.[39]

57. The UFWD's high status within the CCP's internal hierarchy gives it the ability to organize meetings between high-level party officials and overseas Chinese and other UFWD targets. The Chinese government spared no expense in organizing celebrations of the 70th Anniversary of the founding of the PRC in 2019 including one of the largest military parades in PRC history. The UFWD partnered with other organizations charged with managing overseas Chinese including the CPPCC, the Hong Kong and Macao Affairs Office, the Taiwan Affairs Office, the OCAO (which is no longer separate from the UFWD), and the ACFROC to organize its own gala event that brought leading overseas Chinese supporters like the Defendant back to China for the festivities.

58. The UFWD also supervises relations with organizations of overseas Chinese businessmen or professionals such as ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Many of these associations are targeted to assist the UFWD in its mission to help obtain technology from abroad through cultivation of overseas talent.[40]

59. While those overseas professional organizations are not always directly related to the UFWD, the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (referred to as Association-2 in the Superseding Indictment) is the type of organization of overseas Chinese professionals that is of interest to the UFWD. As the Superseding Indictment alleges, ▇▇▇▇▇▇ (referred to as CC-2), the leader of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, is a member of the CPPCC. Such membership, as explained above, requires approval and support from the CCP.[41] ▇▇▇ also led a delegation from the ▇▇▇▇▇▇▇▇▇▇▇▇ that was received in China by CCP officials and the Henan Overseas Chinese Affairs Office, which is now part of the UFWD.

---

[37] 中共中央印发《深化党和国家机构改革方案》, https://www.gov.cn/zhengce/2018-03/21/content_5276191.htm#1
[38] Alex Joske, *Reorganizing the United Front Work Department: New Structures for a New Era of Diaspora and Religious Affairs Work*, CHINA BRIEF (May 9, 2019, 12:22 PM), https://jamestown.org/program/reorganizing-the-united-front-work-department-new-structures-for-a-new-era-of-diaspora-and-religious-affairs-work/
[39] *Id.*
[40] Ryan Fedasiuk and Emily S. Weinstein, *Overseas Professionals and Technology Transfer to China*, GEORGETOWN CENTER FOR SECURITY AND EMERGING TECHNOLOGY 2 (June 2020), https://cset.georgetown.edu/publication/overseas-professionals-and-technology-transfer-to-china/.
[41] *CPPCC Member Encourages Private Sector, Closer Ties*, CHINA DAILY (March 4, 2024), http://shandong.chinadaily.com.cn/2024-03/04/c_967589.htm.

60. The UFWD's wide-ranging network of affiliates and funded groups also make it a useful agency for monitoring and suppressing dissent from overseas Chinese nationals. The head of Canada's intelligence service has warned that "non state proxies" have been used to "threaten and intimidate" activists and Chinese dissidents in Canada and other countries.[42]

## V.  TAIWAN

61. After suffering defeat at the hands of the CCP in the Chinese Civil War, the government of the Republic of China (ROC) retreated to the island of Taiwan located about 100 miles off the southeastern coast of China. Since 1949, the ROC government has continued to govern Taiwan independently of the PRC.

62. The PRC Constitution's preamble states that "Taiwan is part of the sacred territory of the People's Republic of China. It is the sacred duty of all the Chinese people, including our fellow Chinese in Taiwan, to achieve the great reunification of the motherland." The PRC's Anti-Secession Law codifies its policy toward Taiwan "for the achievement of peaceful reunification through consultations and negotiations on an equal footing between the two sides of the Taiwan Strait." If Taiwan secedes from China or if the PRC judges that peaceful reunification is no longer a possibility, the law instructs that the "state shall employ non-peaceful means and other necessary measures to protect China's sovereignty and territorial integrity."[43]

63. In practice, this policy means that the PRC has embarked on aggressive diplomatic campaigns to prevent any country from recognizing the ROC government in Taiwan or engaging in any kind of official or even unofficial relations with the ROC government.

64. The United States agreed to end all formal diplomatic relations with the ROC in Taiwan when it established diplomatic relations with the PRC in 1980. But it neither accepted nor rejected China's position that Taiwan is part of China, leaving its own position on Taiwan's legal status as ambiguous. In 1979, Congress had enacted the Taiwan Relations Act which committed the United States to oppose any effort to coerce Taiwan to unify with China, to provide defensive weapons to Taiwan, and to maintain unofficial relations with the ROC government.[44]

65. Thus, though the U.S. does not have diplomatic relations with the ROC government in Taiwan, it maintains strong unofficial relations. In the U.S., Taiwan has established the Taipei Economic and Cultural Representative Office (TECRO) as its de facto embassy in Washington D.C. Taiwan has also established

---

[42] Canadian Security and Intelligence Service, *Foreign Interference and Hostile Activities of State Actors*, (August 20, 2021), https://www.publicsafety.gc.ca/cnt/trnsprnc/brfng-mtrls/prlmntry-bndrs/20210625/08-en.aspx.
[43] Anti-Secession Law of the People's Republic of China, Art. 8.
[44] Taiwan Relations Act, Pub. L. 96–8, §2, Apr. 10, 1979, 93 Stat. 14.

  several Taiwan Economic and Cultural Offices (TECOs) which serve as the equivalent of a consulate in different parts of the U.S., including in New York. Though unofficial, TECRO and TECO officials fulfill most of the same duties as diplomatic and consular officials.

66. Because the PRC government does not recognize the ROC government in Taiwan, it treats all contact with ROC government officials as threats to its claim that Taiwan is part of China and a violation of U.S. commitments when it agreed to establish diplomatic relations. Thus, even though meetings between ROC government officials and members of Congress do not violate U.S. policy on Taiwan since it does not confer recognition on the ROC, the PRC regularly protests any such meetings. For instance, when then-Speaker of the House of Representatives Nancy Pelosi visited Taiwan in August 2022, the PRC government stated that it "firmly opposes and sternly condemns [the visit] and has made serious démarche and strong protest to the United States." It also launched aggressive military exercises around Taiwan immediately after her visit, including launching a missile over Taiwan in a show of force.[45]

67. Similarly, the PRC has regularly protested contact between U.S. state governors and ROC officials. In April 2025, the PRC Consulate in San Francisco protested the visit of Alaska's Governor to Taiwan to discuss sales of Alaskan energy resources saying that the governor's "meeting with officials there" violates "the one-China principle and undermin[ed] the political foundation of our bilateral relations."[46] Similarly, in August 2022, the PRC protested the visit of Indiana's governor to Taiwan stating that it "firmly opposes official U.S. exchanges with the Taiwan region in any form and under any name."[47] Therefore, the PRC's opposition to any official contact with ROC government officials would include contact by New York State officials with TECO and TECRO officials.

## VI.  CONCLUSION

I summarize my opinion as follows:

68. Although the PRC Constitution sets out a complicated system of divided state power between a legislature, executive, and courts, all political power in China is in reality exercised through the Chinese Communist Party and its organs.

69. The CCP has a strong interest in building support from overseas Chinese communities and using those organizations to influence politicians in foreign countries. The CCP uses the United Front Work Department, which controls the

---

[45] Stephen McDonnell, *China-Taiwan: What we learned from Beijing's drills around the island,* BBC News (August 8, 2022), https://www.bbc.com/news/62460809.

[46] Nathaniel Herz, *Alaska's governor flew to Taiwan to sell LNG. China's not happy*, Alaska Beacon (April 19, 2025), https://alaskabeacon.com/2025/04/19/alaskas-governor-flew-to-taiwan-to-sell-lng-chinas-not-happy/.

[47] *China protests against Indiana governor's Taiwan visit*, Xinhua (August 23, 2022), https://english.news.cn/20220823/681b4843541c421487cbda4a734c7c66/c.html .

15

       Overseas Chinese Affairs Office, to influence politics in other countries including the United States.

70. In the United States, PRC consular officials have sought to recruit overseas Chinese resident in the U.S. to assist with its official consular work, manage its relations with overseas Chinese communities, as well as to influence U.S. politicians. Through the UFWD, it has also used "hometown" or "professional" associations to build support and influence for the CCP in the U.S. State and local politicians in the U.S. have been frequent targets of UFWD work because there are fewer national security protections below the federal level.

I declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing is true and correct.

SIGNED:

/s/ Julian Ku_____

Julian Ku
Maurice A. Deane Distinguished Professor of Constitutional Law
Hofstra University, New York
April 28, 2025