

U.S. Department of Justice

United States Attorney
Eastern District of New York

AAS/RMP/AS
F. #2021R00600

271 Cadman Plaza East
Brooklyn, New York 11201

May 15, 2025

By Email and ECF

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

Seth DuCharme
Nicole Boeckmann
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY, 10019-6118

Re: United States v. Sun, et. al.
Criminal Docket No. 24-CR-346 (BMC)

Dear Counsel:

This letter will be accompanied by a link, sent by separate e-mail, to the secure download of certain discovery materials produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendants.

The following documents were recently obtained by the government during the course of the investigation:

| Bates No. | Description of Item |
|---|---|
| EDNY_134641-EDNY_134642 | Draft translation of responsive chat from Linda Sun's iCloud |
| EDNY_134643-EDNY_134663 | Final translations of responsive chats from Linda Sun's iCloud, produced in draft summary form as EDNY_134106-EDNY_134638 |
| EDNY_134664-EDNY_134672 | Responsive materials from a Silver MacBook Pro with Serial Number C02T89XXGTFL that was Seized at the Sun and Hu Residence |
| EDNY_134937-EDNY_135616 | Records from the New York State Executive Chamber |
| EDNY_135617-EDNY_135625 | Responsive chats from a Silver MacBook Pro with Serial Number C02T89XXGTFL that was Seized at the Sun and Hu Residence |
| EDNY_135626-EDNY_135741 | Records from Flagstar Bank |
| EDNY_135742 | Records from BNY Mellon |
| EDNY_135743-EDNY_135843 | Records from Webster Bank |
| EDNY_135844-EDNY_136031 | Records from TD Bank |

Additionally, the following records were inadvertently produced twice, and are reproduced below for clarity:

| Bates No. | Description of Item |
|---|---|
| EDNY_134673 - EDNY_134936 | Records from the New York State Executive Chamber, previously produced as EDNY_050147 and EDNY_053147 |

You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling us to arrange a mutually convenient time.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:   /s/ Alexander A. Solomon
Alexander A. Solomon
Robert M. Pollack
Amanda Shami
Assistant U.S. Attorneys
(718) 254-7000