

U.S. Department of Justice

United States Attorney
Eastern District of New York

AAS/RMP/AS
F. #2021R00600

271 Cadman Plaza East
Brooklyn, New York 11201

May 23, 2025

<u>By Email and ECF</u>

Kenneth Abell
Jarrod L. Schaeffer
Abell Eskew Landau LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

Seth DuCharme
Nicole Boeckmann
Bracewell LLP
31 W. 52nd Street, Suite 1900
New York, NY, 10019-6118

        Re:    United States v. Sun, et. al.
                    <u>Criminal Docket No. 24-CR-346 (BMC)</u>

Dear Counsel:

        This letter will be accompanied by a link, sent by separate e-mail, to the secure download of certain discovery materials produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendants.

The following documents were recently obtained by the government during the course of the investigation:

| Bates No. | Description of Item |
|---|---|
| EDNY_136032-EDNY_136036 | Translated records from a Silver MacBook Pro with Serial Number C02T89XXGTFL that was Seized at the Sun and Hu Residence. Original records were previously produced as EDNY_135617 |
| EDNY_136037-EDNY_136046 | Records from the New York State Executive Chamber |
| EDNY_136047 | Responsive material from a Silver MacBook Pro with Serial Number C02T89XXGTFL that was Seized at the Sun and Hu Residence |
| EDNY_136048-EDNY_136084 | Final translations of responsive chats from Linda Sun's iCloud, produced in draft summary form as EDNY_134106-EDNY_134638 |
| EDNY_136085-EDNY_136087 | Responsive chats from a Silver MacBook Pro with Serial Number C02T89XXGTFL that was Seized at the Sun and Hu Residence |
| EDNY_136088-EDNY_136114 | Search Warrant and Affidavit dated May 23, 2025 (25-MC-2082) |

You may examine the physical evidence discoverable under Rule 16, including original documents and items, by calling us to arrange a mutually convenient time.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:   /s/ Alexander A. Solomon
Alexander A. Solomon
Robert M. Pollack
Amanda Shami
Assistant U.S. Attorneys
(718) 254-7000