UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                   24-CR-346 (S-1) (BMC)

LINDA SUN and CHRIS HU,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Eli Ross, Trial Attorney in the U.S. Department of Justice, National Security Division, from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Eli Ross
        Trial Attorney, U.S. DOJ NSD
        950 Pennsylvania Ave. NW
        Washington, D.C. 20530
        Telephone: 202-616-5447
        Email: Eli.Ross2@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Eli Ross at the email address set forth above.

Dated: Washington, D.C.
       June 17, 2025

                                    Respectfully submitted,

                                    JOSEPH NOCELLA, JR.
                                    United States Attorney

                            By:     /s/ *Eli Ross*
                                    Eli Ross
                                    Trial Attorney
                                    Counterintelligence & Export Control Section
                                    National Security Division
                                    U.S. Department of Justice

cc:    Clerk of the Court (BMC)