

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP/AS
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 25, 2025

<u>By ECF</u>
The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Linda Sun, et al.</u>
             <u>Criminal Docket No. 24-346 (S-2) (BMC)</u>

Dear Judge Cogan:

      The government respectfully submits this letter to memorialize that earlier today, it filed a classified letter via hand delivery coordinated with the Classified Information Security Officer and Your Honor's Chambers.

                                  Respectfully submitted,

                                  JOSEPH NOCELLA, JR.
                                  United States Attorney

                    By:    /s/_____
                                  Alexander A. Solomon
                                  Robert M. Pollack
                                  Amanda Shami
                                  Assistant U.S. Attorneys
                                  (718) 254-7000

Cc:    Clerk of the Court (by ECF)
          Defense counsel (by ECF)