UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LINDA SUN and CHRIS HU,

    Defendants.

Case No. S2 24 Cr. 346 (BMC)

# CHRIS HU AND LINDA SUN'S
# NOTICE OF FILING

| ABELL ESKEW LANDAU LLP | BRACEWELL LLP |
|---|---|
| Kenneth M. Abell | Seth D. DuCharme |
| Jarrod L. Schaeffer | Nicole Boeckmann |
| Scott Glicksman | Anissa L. Adas |
| 256 Fifth Avenue, 5th Floor | Kim Kirschenbaum |
| New York, NY 10001 | 31 W. 52nd Street, Suite 1900 |
| (646) 970-7341 / -7339 / -7338 | New York, NY 10019 |
| | (212) 508-6100 |

In further support of Chris Hu and Linda Sun's Motion for a *Monsanto* Hearing, the defense filed under seal more than 5,500 pages of financial disclosures previously provided to the government and submitted in connection with this motion at the government's insistence (*see* ECF No. 118 at 5, 11).[1] By email dated July 9, 2025, the Court directed the defense to file the unsealed financial disclosures, as well as the unredacted Supplemental Hu Declaration (ECF No. 127-1), in accordance with the District's Administrative Order governing Highly Sensitive Documents.

Pursuant to the Court's July 9 directive and the Administrative Order, Mr. Hu and Ms. Sun hereby provide notice that on July 14, 2025, they filed the aforementioned unsealed papers via hand delivery to the Court and to the Clerk's Office.

Dated: July 14, 2025

/s/ *Jarrod L. Schaeffer*
Kenneth M. Abell
Jarrod L. Schaeffer
Scott Glicksman
ABELL ESKEW LANDAU LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001
(646) 970-7341 / -7339 / -7338
kabell@aellaw.com
jschaeffer@aellaw.com
sglicksman@aellaw.com

*Attorneys for Linda Sun*

/s/ *Seth D. DuCharme*
Seth D. DuCharme
Nicole Boeckmann
Anissa L. Adas
Kim Kirschenbaum
BRACEWELL LLP
31 W. 52nd Street, Suite 1900
New York, NY 10019
(212) 508-6100
seth.ducharme@bracewell.com
nicole.boeckmann@bracewell.com
anissa.adas@bracewell.com
kim.kirschenbaum@bracewell.com

*Attorneys for Chris Hu*

---

[1] The defense submitted these unsealed papers to the Court electronically, via a share-file link transmitted to Chambers by email on July 2, 2025.