

**JARROD L. SCHAEFFER**
646-970-7339 (direct dial)
jschaeffer@aellaw.com
aellaw.com

256 Fifth Avenue, 5th Floor
New York, New York 10001

October 2, 2025

**By ECF**

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Linda Sun, a/k/a "Wen Sun," "Ling Da Sun," and "Linda Hu," and Chris Hu*, S4 24 Cr. 346 (BMC) (TAM)

Your Honor:

    We represent Linda Sun in the above-referenced matter and write respectfully on behalf of both defendants. This afternoon, the government filed a fourth superseding indictment. (Dkt. 184 ("S-4").) It is the fifth indictment filed in this case. (*See* Dkts. 4, 65, 116, 158.) Trial is currently scheduled to begin in 32 days on November 3, 2025.

    Ms. Sun respectfully renews her motion to dismiss with respect to the S-4 and Chris Hu again joins that motion as before. (*See* Dkts. 144–46, 160, 179.) For all of the reasons stated therein, relief should be granted. The defendants further request that they be arraigned on the S-4 at the final pretrial conference scheduled for October 20, 2025, which was the date on which the defendants were to be arraigned on the prior superseding indictment.

                                              Respectfully submitted,

                                              */s/ Jarrod L. Schaeffer*

                                              Jarrod L. Schaeffer

                                              ABELL ESKEW LANDAU LLP
                                              256 Fifth Avenue, 5th Floor
                                              New York, NY 10001
                                              (646) 970-7339
                                              jschaeffer@aellaw.com

                                              *Counsel for Linda Sun*

cc:      Counsel of Record (via ECF)