**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LINDA SUN, a/k/a "Wen Sun," "Ling Da Sun,"<br>and "Linda Hu," and<br>CHRIS HU,<br><br>Defendants. | Case No. 24 Cr. 346 (S-4) (BMC) |

## NOTICE OF FILING UNDER SECTION 6 OF THE CLASSIFIED INFORMATION PROCEDURES ACT

Ms. Sun and Mr. Hu, through their attorneys Jarrod Schaeffer and Seth DuCharme, jointly file this Notice of Filing Under Section 6 of the Classified Information and Procedures Act ("CIPA"). Today, October 22, 2025, Ms. Sun and Mr. Hu jointly filed via the Classified Information Security Office, a classified Motion under CIPA Section 6.

Dated: October 22, 2025                              Respectfully submitted,


/s/ *Jarrod L. Schaeffer*                            /s/ *Seth D. DuCharme*
Jarrod L. Schaeffer                                  Seth D. DuCharme
Abell Eskew Landau LLP                               Bracewell LLP
256 Fifth Avenue, 5th Floor                          31 W. 52nd Street, Suite 1900
New York, NY 10001                                   New York, NY 10019
(646) 970-7339                                       (212) 508-6100
jschaeffer@aellaw.com                                seth.ducharme@bracewell.com


*Attorney for Linda Sun*                             *Attorney for Chris Hu*

**CERTIFICATE OF SERVICE**

I certify that on October 22, 2025, I electronically filed the above Notice of Filing Under Section 6 of the Classified Information and Procedures Act using the Court's electronic filing system, and an electronic notification of the same was sent automatically to all counsel of record.

*/s/ Seth D. DuCharme*

Seth D. DuCharme

IM-#10873460.2