F. #2021R00600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

    - against -

LINDA SUN and CHRIS HU,

        Defendants.

– – – – – – – – – – – – – X

**STIPULATION AND WAIVER OF JURY TRIAL**

24-CR-346 (S-4) (BMC)

Pursuant to Rules 23(a) and 32.2(b)(5)(A), of the Federal Rules of Criminal Procedure, the United States of America (the "Government") and the defendants LINDA SUN and CHRIS HU (the "defendants"), hereby agree to the following:

1.    The defendants voluntarily, freely, and without any mental reservation, waive any and all rights they may have under the laws of the United States or the Constitution of the United States to a jury trial on the Criminal Forfeiture Allegations charged in the above-captioned superseding indictment (the "Superseding Indictment").

2.    The Government and the defendants agree that following the guilt phase of the criminal trial and only after either or both of the defendants' conviction of the offenses charged in the Superseding Indictment, the forfeitability of any assets of the convicted defendants shall be determined by the United States District Judge.

3.    This waiver is binding on the defendants, and the defendants will not raise any defenses, file an appeal, or otherwise challenge any conviction, sentence, or forfeiture imposed by the Court as concerning any right that they may have to a jury trial on the Criminal Forfeiture Allegations charged in the Superseding Indictment.

4.    No promises, agreements, or conditions have been entered into by the parties concerning any right the defendants may have to a jury trial on the Criminal Forfeiture Allegations other than those set forth in this agreement, and none will be entered into unless memorialized in writing and signed by all parties hereto.

5.    To become effective, this waiver must be signed by all signatories and approved by the Court.

6.    It is contemplated that this Stipulation and Waiver of Jury Trial may be executed in multiple counterparts with separate signature pages, with all such counterparts and signature pages together to be deemed one and the same original document.

Dated:        Brooklyn, New York
              ~~October~~   3   , 2025
              November

                            JOSEPH NOCELLA, JR.
                            United States Attorney
                            Eastern District of New York

              By:    /s/ Alexander A. Solomon
                            Alexander A. Solomon
                            Robert M. Pollack
                            Andrew D. Reich
                            Amanda Shami
                            Assistant United States Attorneys
                            (718) 254-7000

AGREED AND CONSENTED TO:

Dated:     Brooklyn, New York
             October _____, 2025
             November 3, 2025

_____
LINDA SUN (Defendant)

Dated:     Brooklyn, New York
             ~~October~~ 3, 2025
             November

_____
Counsel to Defendant LINDA SUN

Dated:     Brooklyn, New York
             October _____, 2025
             November 3rd, 2025

_____
CHRIS HU (Defendant)

Dated:     Brooklyn, New York
             ~~October~~ _____, 2025
             November 3, 2025

_____
Counsel to Defendant CHRIS HU

SO ORDERED AND APPROVED:

Dated:     Brooklyn, New York
             ~~October~~ _____, 2025
             November

_____
HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

3