

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/RMP/ADR/AS
F. #2021R00600

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 18, 2025

<u>By ECF</u>

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    <u>United States v. Linda Sun, et al.</u>
              <u>Criminal Docket No. 24-346 (S-4) (BMC)</u>

Dear Judge Cogan:

       The government respectfully proposes the below additional jury instruction in response to the jurors' note of yesterday afternoon, and further to the Court's ruling:

"XV.   Conspiracy to Commit Money Laundering

       Count Fourteen charges both defendants with knowingly and willfully participating in a conspiracy to commit money laundering during the period from January 2016 through August 2024. Specifically, Count Fourteen alleges that:

       In or about and between January 2016 and August 2024, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants LINDA SUN, also known as "Wen Sun," "Ling Da Sun," and "Linda Hu," and CHRIS HU, together with others, did knowingly and intentionally conspire to transport, transmit [or] transfer monetary instruments [or] funds, to wit: wire transfers, to a place in the United States from [or] through a place outside the United States, knowing that the monetary instruments [or] funds involved in the transportation, transmission [or] transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission [or] transfer was designed in whole [or] in part to conceal or disguise the nature, the location, the source, the ownership [or] the control of the proceeds of specified unlawful activity, to wit: the Foreign Agents Registration Act, in violation of Title 22, United States Code, Section 612 … [or] Bribe Receiving in the Third Degree, in violation of New York Penal Law, Section 200.10…."

The government has conferred with defense counsel and understands that the defendants object to the proposed language. The government submits that its proposed instruction, which replaces "and" with "[or]" in the appropriate places, will reduce juror confusion since the written jury instructions do not include the "and means or" instruction the government had requested, and jurors may not recall the oral "and means or" instruction that the Court ultimately provided in connection with a different count, or appreciate that it applies here as well.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ Anrew D. Reich
Alexander A. Solomon
Robert M. Pollack
Andrew D. Reich
Amanda Shami
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of the Court (by Email and ECF)
Defense counsel (by Email and ECF)