

U.S. Department of Justice

United States Attorney
Eastern District of New York

AFM:AAS/RMP/ADR/AS
F. #2021R00600

271 Cadman Plaza East
Brooklyn, New York 11201

January 23, 2026

By ECF

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Linda Sun
Criminal Docket No. 24-346 (S-4) (BMC)

Dear Judge Cogan:

Pursuant to the Court's directives, the parties provide a joint update in advance of the conference in this matter, currently scheduled for January 26, 2026. Since conclusion of the jury trial, the parties have been engaged in good faith plea negotiations. Yesterday, the government extended formal plea offers to each defendant; both plea offers are set to expire on February 2, 2026. Considering the ongoing plea negotiations as well as the possibility that the defendants may require new counsel, the government does not oppose the defendants' request to postpone any retrial to the fall of 2026 but is flexible as to the precise trial date.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Alexander A. Solomon
Alexander A. Solomon
Robert M. Pollack
Andrew D. Reich
Amanda Shami
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (by ECF)
Defense counsel (by email)