ABELL ESKEW LANDAU

KENNETH M. ABELL
646-970-7341 (direct dial)
kabell@aellaw.com
aellaw.com

256 Fifth Avenue, 5th Floor
New York, New York 10001

September 30, 2026

**By ECF**

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***United States v. Linda Sun, a/k/a "Wen Sun," "Ling Da Sun," and "Linda Hu," and Chris Hu*, S4 24 Cr. 346 (BMC) (TAM)**

Your Honor:

We represent Linda Sun in the above-referenced matter and write to update the Court in advance of the status conference scheduled for October 5th. By previous letters dated September 8 and September 22, we advised the Court that an ongoing medical issue prevented our client from appearing for her arraignment on the most recent superseding indictment. We write today to advise the Court that the medical issue remains ongoing and prevents our client from appearing in court for the status conference next week.[1]

Based on the ongoing nature of the medical issue, as well as other issues which we will outline in a motion this week, we also intend to seek permission to withdraw as counsel for Ms. Sun in this matter. We believe doing so at this time will give appointed counsel additional time to get up to speed on the lengthy record in this matter and prepare for trial. We will, of course, be prepared to discuss our motion to withdraw at the status conference next week.

We thank the Court for its attention to this matter.

Respectfully submitted,

*Kenneth M. Abell*
Kenneth M. Abell

ABELL ESKEW LANDAU LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001

[1] It is our understanding that Pretrial Services will be providing an updated confidential submission about the medical issue. We remain available to provide additional information, should Your Honor require it, in an *ex parte* communication either before or at the status conference next week.

(646) 970-7341
kabell@aellaw.com

cc: Counsel of Record (via ECF)