ABELL ESKEW LANDAU

JARROD L. SCHAEFFER
646-970-7339 (direct dial)
jschaeffer@aellaw.com
aellaw.com

256 Fifth Avenue, 5th Floor
New York, New York 10001

November 2, 2026

**By ECF**

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***United States v. Linda Sun, a/k/a "Wen Sun," "Ling Da Sun," and "Linda Hu," and Chris Hu*, S4 24 Cr. 346 (BMC) (TAM)**

Your Honor:

As you know, we currently represent Linda Sun in the above-referenced matter. The Court previously set a control date for Ms. Sun to be arraigned on November 4, 2026, before the Hon. Clay H. Kaminsky. (*See* Dkt. Entry dated 10/1/26.) For the reasons discussed in our sealed submissions to the Court on October 19, 2026, and today, we respectfully request that the Court adjourn Ms. Sun's arraignment to a new control date in approximately thirty (30) days. We do not object to the further exclusion of time under the Speedy Trial Act during that period.

We thank the Court for its attention to this matter.

Respectfully submitted,

*Jarrod L. Schaeffer*

Jarrod L. Schaeffer
Kenneth M. Abell

ABELL ESKEW LANDAU LLP

256 Fifth Avenue, 5th Floor
New York, NY 10001
(646) 970-7339 / -7341
jschaeffer@aellaw.com
kabell@aellaw.com

cc: Counsel of Record (via ECF)